```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 31234
   VICTORIA L VASSER
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8489


-----------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/09/05 and confirmed on 02/01/06.

   2.  The case was dismissed after confirmation, 08/15/2008.

   3.  The Debtor paid a total of $  27440.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG          .00              .00             .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE     18925.19              .00        18925.19
SELECT PORTFOLIO SERVICI SECURED                .00              .00             .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE      5049.95              .00         3870.50
HYUNDAI MOTOR FINANCE CO SECURED            1946.00           336.89         1424.35
WILL COUNTY TREASURER    SECURED                .00              .00             .00
BECKET & LEE LLP         UNSECURED        NOT FILED              .00             .00
BECKET & LEE LLP         UNSECURED          6313.48              .00             .00
ALLIED DATA CORP         UNSECURED        NOT FILED              .00             .00
THE CHICAGO DEPT OF REVE UNSECURED            760.00             .00             .00
ECAST SETTLEMENT CORPORA UNSECURED            799.98             .00             .00
NICOR GAS                UNSECURED            437.63             .00             .00
ROUNDUP FUNDING LLC      UNSECURED            201.58             .00             .00
RETAILERS NATL BANK      UNSECURED        NOT FILED              .00             .00
RESURGENT CAPITAL SERVIC UNSECURED            276.23             .00             .00
WORLD FINANCIAL NETWORK  UNSECURED            704.39             .00             .00
HYUNDAI MOTOR FINANCE CO UNSECURED            454.77             .00             .00
FORD MOTOR CREDIT        UNSECURED         11542.15              .00             .00
         Summary of disbursements:

                   SECURED    PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  25921.14       .00     21490.21         .00       47411.35
PRINCIPAL PAID      24220.04       .00          .00         .00       24220.04
INTEREST PAID         336.89       .00          .00         .00         336.89
TOTAL PAID          24556.93       .00          .00         .00       24556.93
The Debtor's attorney, JOSEPH WROBEL ESQ              , was allowed $  2700.00
and was paid $   1006.00  direct and $   1694.00  through the plan.

The Trustee received $   1189.07 .
```

Refunds to the Debtor totaled $        .00 .

 Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08         /S/
                 GLENN STEARNS
                 CHAPTER 13 TRUSTEE